1  ROBERT P. FELDMAN, State Bar No. 69602
   (rfeldman@wsgr.com)
2  IGNACIO E. SALCEDA, State Bar No. 164017
   (isalceda@wsgr.com)
3  KYLE A. WOMBOLT, State Bar No. 225603
   (kwombolt@wsgr.com)
4  LEE-ANNE MULHOLLAND, State Bar No. 243999
   (lmulholland@wsgr.com)
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
8  E-mail: boris.feldman@wsgr.com

9  Attorneys for Nominal Defendant
   BEA SYSTEMS, INC.
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION          *E-FILED - 11/9/06*

14 | In re BEA SYSTEMS, INC. DERIVATIVE  ) | Master File No. C-06-4459 (RMW)
   | LITIGATION                          ) |
15 |                                     ) | **[] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO WITHDRAW BORIS FELDMAN AS ATTORNEY FOR BEA SYSTEMS, INC.**
   |                                     ) |
16 | This Document Relates To:           ) |
   |                                     ) |
17 |     All Actions.                    ) |
   |                                     ) |
18 |                                     ) |

[] ORDER, CASE NO. C-06-4459 (RMW)

2979902_1.DOC

1  Good Cause appearing therefore, IT IS HEREBY ORDERED THAT:

2  This Court approves the withdrawal of Boris Feldman as attorney for BEA Systems, Inc.,

3  in the above captioned action; and

4  This Court approves the removal of his e-mail address (boris.feldman@wsgr.com) from

5  the Court's ECF e-mail service list for this matter.

6  Dated: ___11/9/06_____

7

8                                        /S/ RONALD M. WHYTE
                                      Ronald M. Whyte
                                      United States District Judge