SCHUBERT & REED LLP
Robert C. Schubert (S.B.N. 62684)
Juden Justice Reed (S.B.N. 153748)
Miranda P. Kolbe (S.B.N. 214392)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Liaison Counsel for Plaintiffs

SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP
Lee D. Rudy
Michael Wagner
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Plaintiffs

WILSON SONSINI
  GOODRICH & ROSATI P.C.
Robert P. Feldman (S.B.N. 69602)
Ignacio E. Salceda (S.B.N. 164017)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Nominal Defendant BEA Systems, Inc.
and Defendants Thomas M. Ashburn, Carol
A. Bartz, Barbara J. Britton, Mark T. Carges, Sam
Cece, Alfred S. Chuang, William T. Coleman, Mark
P. Dentinger, Matthew S. Green, Stewart K.P. Gross,
William M. Klein, Ivan M. Koon, William H. Janeway,
Joseph H. Menard, Dean Morton, Tod Nielsen,
Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley

*E-FILED - 3/5/07*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re BEA SYSTEMS, INC. DERIVATIVE LITIGATION | Master File No. C-06-4459 (RMW) |
| This Document Relates To: All Actions | **STIPULATION AND** xxxxxxxxxxxxxxxx **ORDER REGARDING AMENDING THE CONSOLIDATED COMPLAINT AND SETTING BRIEFING SCHEDULE** |

STIPULATION  REGARDING AMENDING
THE CONSOLIDATED COMPLAINT
AND SETTING BRIEFING SCHEDULE

- 1 -

1

2

3

4

   WHEREAS, following a consolidation of *Barcheski v. Coleman et al*, Case No. C-06-4459 RMW and *Molner v. Coleman*, Case No. C-06-05470 JW, Plaintiffs filed a Consolidated Complaint on December 4, 2006; and

5

6

7

8

9

10

   WHEREAS, on January 18, 2007, Nominal Defendant BEA Systems and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green,Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr.,Robert A. Shipp and Deborah Stanley (collectively, "Defendants") filed a motion to dismiss the Consolidated Complaint; and

11

12

   WHEREAS, in advance of the response date for a response to the pending motion to dismiss, Plaintiffs desire to file a superseding Amended Consolidated Complaint; and

13

14

   WHEREAS, Defendants, without waiving any of their rights, do not oppose the Plaintiffs' filing of an Amended Consolidated Complaint.

15

16

   THEREFORE, Plaintiffs and Defendants stipulate, subject to the approval of the Court, to the following:

17

18

  1. Within fourteen (14) Court days from the entry of this Order, Plaintiffs shall file and serve an Amended Consolidated Complaint.

19

20

  2. Plaintiffs' Consolidated Complaint shall be superseded by the Amended Consolidated Complaint.

21

  3. The Motion to Dismiss filed by Defendants is withdrawn without prejudice.

22

23

24

  4. Defendants shall answer or otherwise respond to the Amended Consolidated Complaint no later than 45 days from the date of service of the Amended Consolidated Complaint.

25

26

27

  5. In the event that Defendants file and serve any motion directed at the Amended Consolidated Complaint, Plaintiffs shall file and serve their opposition within 45 days after the service of the motion.

28

STIPULATION  REGARDING AMENDING
THE CONSOLIDATED COMPLAINT
AND SETTING BRIEFING SCHEDULE

6.    If Defendants file and serve a reply to Plaintiffs' opposition, they will do so within 21 days after service of the opposition.

DATED: February **28**, 2007

SCHUBERT & REED LLP

Robert C. Schubert
Juden Justice Reed
Willem F. Jonckheer
Miranda Kolbe
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Liaison Counsel for Plaintiffs

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Lee D. Rudy
Michael C. Wagner
Tara P. Kao
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Plaintiffs

DATED: February **28**, 2007

WILSON SONSINI
GOODRICH & ROSATI

Ignacio E. Salceda
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Counsel for Nominal Defendant BEA Systems,
Inc. and Defendants Thomas M. Ashburn, Carol
A. Bartz, Barbara J. Britton, Mark T. Carges,
Sam Cece, Alfred S. Chuang, William T.
Coleman, Mark P. Dentinger, Matthew S. Green,
Stewart K.P. Gross, William M. Klein, Ivan M.
Koon, William H. Janeway, Joseph H. Menard,
Dean Morton, Tod Nielsen, Edward W. Scott, Jr.,
Robert A. Shipp and Deborah Stanley*

STIPULATION REGARDING AMENDING
THE CONSOLIDATED COMPLAINT
AND SETTING BRIEFING SCHEDULE

- 3 -

1

* * *

2

ORDER

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

DATED: 3/5/07 _____          *Ronald M. Whyte* _____
                                        The Hon. Ronald M. Whyte
5                                       United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION  REGARDING AMENDING
THE CONSOLIDATED COMPLAINT
AND SETTING BRIEFING SCHEDULE                                    - 4 -