**SCHUBERT & REED LLP**
Robert C. Schubert (S.B.N. 62684)
Juden Justice Reed (S.B.N. 153748)
Miranda Kolbe (S.B.N. 214392)
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile:  (415) 788-0161

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Eric L. Zagar
Robin Winchester
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiffs*

FILED
JAN 2 6 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re BEA SYSTEMS, INC. DERIVATIVE LITIGATION | Master File No. C-06-4459 (RMW) |
| This Document Relates to: All Actions | [~~PROPOSED~~] ORDER TO CONSOLIDATE CASES FOR ALL PURPOSES, APPOINT LEAD PLAINTIFFS, LEAD COUNSEL AND LIAISON COUNSEL |

*To Be Consolidated With:*

---

1

[PROPOSED] ORDER TO CONSOLIDATE CASES FOR ALL PURPOSES,
APPOINT LEAD PLAINTIFFS, LEAD COUNSEL AND LIAISON COUNSEL

| | |
|---|---|
| MUSTO FAMILY TRUST, VINCENT MUSTO, TRUSTEE, Derivatively on Behalf of BEA SYSTEMS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>ALFRED S. CHUANG, WILLIAM T. COLEMAN, III, WILLIAM M. KLEIN, TOD NIELSEN, BARBARA J. BRITTON, THOMAS M. ASHBURN, SAM CECE, DEBORAH STANLEY, JOSEPH H. MENARD, MATTHEW S. GREEN, ROBERT A. SHIPP, DEAN O. MORTON, STEWART K.P. GROSS and WILLIAM H. JANEWAY,<br><br>　　　　　　　Defendants,<br><br>　and<br><br>BEA SYSTEMS, INC.,<br><br>　　　　　　　Nominal Defendant. | Case No. C-06-06962 (PVT) |

AND NOW, upon consideration of the Motion filed by Plaintiffs Barcheski and Molner to Consolidate Cases For All Purposes, Appoint Lead Plaintiffs, Lead Counsel, and Liaison Counsel, and any response thereto, and good cause appearing therefore, it is hereby ORDERED and DECREED as follows:

1.　Plaintiffs George T. Barcheski, Catherine Molner, and the Musto Family Trust shall be appointed Lead Plaintiffs.

2.　The law firm of Schiffrin Barroway Topaz & Kessler, LLP shall be appointed Lead Counsel for Plaintiffs in the Consolidated Action.

3.　Lead Counsel shall have authority to speak for Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in

such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by Plaintiffs except through Lead Counsel.

5. Lead Counsel shall also be available and responsible for communications to and from this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

6. The law firm of Schubert & Reed LLP shall be appointed as Liaison Counsel. Liaison Counsel shall be responsible for the following: i) to maintain and distribute to the Court, to counsel for plaintiffs, and to counsel for defendants an up-to-date comprehensive service list; (ii) to communicate with the Court on behalf of plaintiffs with respect to procedural matters; (iii) to file briefs and motions on behalf of plaintiffs; and (iv) any other matters which Lead Counsel may choose to delegate.

7. Defendants take no position with respect to appointment of Lead Plaintiffs, Lead Counsel and Liaison Counsel.

8. Defendants' counsel may rely upon all agreements made with Lead Counsel and Liaison Counsel or other duly authorized representatives of Plaintiffs and such agreements shall be binding on Plaintiffs.

**IT IS SO ORDERED.**

Dated: 1/26/07         *Ronald M. Whyte*
                        United States District Judge

---

3
[PROPOSED] ORDER TO CONSOLIDATE CASES FOR ALL PURPOSES,
APPOINT LEAD PLAINTIFFS, LEAD COUNSEL AND LIAISON COUNSEL