| | |
|---|---|
| 1 | SCHUBERT & REED LLP |
|   | Robert C. Schubert (S.B.N. 62684) |
| 2 | Juden Justice Reed (S.B.N. 153748) |
|   | Miranda P. Kolbe (S.B.N. 214392) |
| 3 | Three Embarcadero Center, Suite 1650 |
|   | San Francisco, CA 94111 |
| 4 | Telephone: (415) 788-4220 |
|   | Facsimile: (415) 788-0161 |
| 5 | |
|   | Liaison Counsel for Plaintiffs |
| 6 | |
|   | SCHIFFRIN BARROWAY |
| 7 |   TOPAZ & KESSLER, LLP |
|   | Lee D. Rudy |
| 8 | Michael Wagner |
|   | J. Daniel Albert |
| 9 | 280 King of Prussia Road |
|   | Radnor, PA  19087 |
| 10 | Telephone: (610) 667-7706 |
|   | Facsimile: (610) 667-7056 |
| 11 | |
|   | Lead Counsel for Plaintiffs |

12  WILSON SONSINI
      GOODRICH & ROSATI P.C.
13  Robert P. Feldman (S.B.N. 69602)
     Ignacio E. Salceda (S.B.N. 164017)
14  650 Page Mill Road
     Palo Alto, CA 94304-1050
15  Telephone: (650) 493-9300
     Facsimile: (650) 565-5100
16

17  Attorneys for Nominal Defendant BEA Systems, Inc.
     and Defendants Thomas M. Ashburn, Carol
18  A. Bartz, Barbara J. Britton, Mark T. Carges, Sam
     Cece, Alfred S. Chuang, William T. Coleman, Mark
     P. Dentinger, Matthew S. Green, Stewart K.P. Gross,
19  William M. Klein, Ivan M. Koon, William H. Janeway,      ***E-FILED - 6/27/07***
     Joseph H. Menard, Dean Morton, Tod Nielsen,
20  Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley

21                    UNITED STATES DISTRICT COURT

22                    NORTHERN DISTRICT OF CALIFORNIA

23                                SAN JOSE DIVISION

24
     In re BEA SYSTEMS, INC. DERIVATIVE )     Master File No. C-06-4459 (RMW)
25   LITIGATION                          )
                                         )     STIPULATION AND [PROPOSED]
26   ─────────────────────────────       )     ORDER EXTENDING THE FILING
                                         )     DATE FOR THE OPPOSITION
27   This Document Relates To:           )     TO THE MOTION TO DISMISS
     All Actions                         )
                                         )
28   ─────────────────────────────
     STIPULATION EXTEDNING THE FILING
     DATE FOR THE OPPOSITION TO THE
     MOTION TO DISMISS                                                          - 1 -

1  WHEREAS, on March 12, 2007, Plaintiffs filed an Amended Consolidated Complaint;
2  and

3  WHEREAS, on April 26, 2007, Nominal Defendant BEA Systems and Defendants
4  Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S.
5  Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross,
6  William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod
7  Nielsen, Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley (collectively, "Defendants")
8  filed Motions to Dismiss the Amended Consolidated Complaint; and

9  WHEREAS, the Parties have begun to discuss the outcome of the BEA Audit Committee
10 investigation, and such discussions continue.

11 THEREFORE, the Parties stipulate, in order to facilitate such further discussions and
12 subject to the approval of the Court, to the following:

13  1.  Plaintiffs' time to file an opposition to Defendants' Motion to Dismiss shall be
14      extended to June 22, 2007.

15  2.  If Defendants file and serve a reply to Plaintiffs' opposition, they will do so
16      within 21 days after service of the opposition.

DATED: June 11, 2007

SCHUBERT & REED LLP

_____
Robert C. Schubert
Juden Justice Reed
Willem F. Jonckheer
Miranda Kolbe
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Liaison Counsel for Plaintiffs

STIPULATION EXTEDNING THE FILING
DATE FOR THE OPPOSITION TO THE
MOTION TO DISMISS

- 2 -

| | |
|---|---|
| 1 | SCHIFFRIN BARROWAY |
| | TOPAZ & KESSLER, LLP |
| 2 | Lee D. Rudy |
| | Michael C. Wagner |
| 3 | J. Daniel Albert |
| | 280 King of Prussia Road |
| 4 | Radnor, Pennsylvania 19087 |
| | Telephone: (610) 667-7706 |
| 5 | Facsimile: (610) 667-7056 |

Lead Counsel for Plaintiffs

DATED: June 11, 2007

WILSON SONSINI
GOODRICH & ROSATI

_____/s/ Ignacio Salceda_____  by WF)
                                    w/ perm.
Ignacio E. Salceda
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Counsel for Nominal Defendant BEA Systems, Inc. and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley*

STIPULATION EXTEDNING THE FILING
DATE FOR THE OPPOSITION TO THE
MOTION TO DISMISS

- 3 -

\* \* \*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/27/07

*Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Court Judge

STIPULATION EXTEDNING THE FILING
DATE FOR THE OPPOSITION TO THE
MOTION TO DISMISS

- 4 -