SCHUBERT & REED LLP
Robert C. Schubert (S.B.N. 62684)
Juden Justice Reed (S.B.N. 153748)
Miranda P. Kolbe (S.B.N. 214392)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Liaison Counsel for Plaintiffs

SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP
Lee D. Rudy
Michael Wagner
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Plaintiffs

WILSON SONSINI
  GOODRICH & ROSATI P.C.
Robert P. Feldman (S.B.N. 69602)
Ignacio E. Salceda (S.B.N. 164017)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Nominal Defendant BEA Systems, Inc.
and Defendants Thomas M. Ashburn, Carol
A. Bartz, Barbara J. Britton, Mark T. Carges, Sam
Cece, Alfred S. Chuang, William T. Coleman, Mark
P. Dentinger, Matthew S. Green, Stewart K.P. Gross,
William M. Klein, Ivan M. Koon, William H. Janeway,
Joseph H. Menard, Dean Morton, Tod Nielsen,
Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley

*E-FILED - 6/27/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re BEA SYSTEMS, INC. DERIVATIVE LITIGATION

This Document Relates To:
All Actions

Master File No. C-06-4459 (RMW)

STIPULATION AND [PROPOSED] ORDER POSTPONING THE HEARING AND EXTENDING THE FILING DATE FOR THE OPPOSITION TO THE MOTION TO DISMISS

STIPULATION POSTPONING THE HEARING AND EXTENDING THE FILING DATE FOR THE OPPOSITION TO THE MOTION TO DISMISS

- 1 -

1      WHEREAS, on March 12, 2007, Plaintiffs filed an Amended Consolidated Complaint; and

3      WHEREAS, on April 26, 2007, Nominal Defendant BEA Systems and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley (collectively, "Defendants") filed Motions to Dismiss the Amended Consolidated Complaint; and

9      WHEREAS, a hearing has been scheduled for July 27, 2007 on the pending Motions to Dismiss; and

11     WHEREAS, the Parties have begun to discuss the outcome of the BEA Audit Committee investigation, and such discussions continue; and

13     WHEREAS, the Parties wish to postpone further briefing and the scheduled hearing on the Motions to Dismiss in order to facilitate such further discussions.

15     THEREFORE, the Parties stipulate, subject to the approval of the Court, to the following:

1.   The hearing scheduled for July 27, 2007 is hereby rescheduled to September 14, 2007.

2.   Plaintiffs' time to file an opposition to Defendants' Motion to Dismiss shall be extended to July 20, 2007.

3.   Defendants shall file and serve any reply to Plaintiffs' opposition by August 10, 2007.

STIPULATION POSTPONING THE HEARING AND EXTENDING THE FILING DATE FOR THE OPPOSITION TO THE MOTION TO DISMISS   -2-

| | |
|---|---|
| DATED: June 22, 2007 | SCHUBERT & REED LLP<br><br>*/s/*<br>Robert C. Schubert<br>Juden Justice Reed<br>Willem F. Jonckheer<br>Miranda Kolbe<br>Three Embarcadero Center, Suite 1650<br>San Francisco, California 94111<br>Telephone: (415) 788-4220<br>Facsimile: (415) 788-0161<br><br>Liaison Counsel for Plaintiffs<br><br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>Lee D. Rudy<br>Michael C. Wagner<br>J. Daniel Albert<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>Lead Counsel for Plaintiffs |
| DATED: June 22, 2007 | WILSON SONSINI GOODRICH & ROSATI       by WFJ<br><br>*/s/ Ignacio Salceda*          w/ pam.<br>Ignacio E. Salceda<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811<br><br>*Counsel for Nominal Defendant BEA Systems, Inc. and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley* |

STIPULATION POSTPONING THE HEARING AND EXTENDING THE FILING DATE FOR THE OPPOSITION TO THE MOTION TO DISMISS

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/27/07

*Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Court Judge

STIPULATION POSTPONING THE HEARING AND
EXTENDING THE FILING DATE FOR THE
OPPOSITION TO THE MOTION TO DISMISS

- 4 -