SCHUBERT & REED LLP
Robert C. Schubert (S.B.N. 62684)
Juden Justice Reed (S.B.N. 153748)
Willem F. Jonckheer (S.B.N. 178748)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Liaison Counsel for Plaintiffs

*E-FILED - 7/24/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| In re BEA SYSTEMS, INC. DERIVATIVE LITIGATION | Master File No. C-06-4459 (RMW) |
| This Document Relates To:<br>All Actions | STIPULATION AND [PROPOSED] ORDER POSTPONING THE HEARING AND EXTENDING THE FILING DATE FOR THE OPPOSITION TO THE MOTION TO DISMISS |

WHEREAS, on March 12, 2007, Plaintiffs filed an Amended Consolidated Complaint; and

WHEREAS, on April 26, 2007, Nominal Defendant BEA Systems and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green,Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley (collectively, "Defendants") filed Motions to Dismiss the Amended Consolidated Complaint; and

WHEREAS, a hearing has been scheduled for September 14, 2007 on the pending Motions to Dismiss; and

WHEREAS, the Parties have had numerous discussions related to the outcome of the BEA Audit Committee investigation, and such discussions continue; and

WHEREAS, the Parties wish to postpone further briefing and the scheduled hearing on the Motions to Dismiss in order to facilitate such further discussions.

STIPULATION POSTPONING THE HEARING AND
EXTENDING THE FILING DATE FOR THE
OPPOSITION TO THE MOTION TO DISMISS

- 1 -

1  THEREFORE, the Parties stipulate, subject to the approval of the Court, to the following:

2  1.  The hearing scheduled for September 14, 2007 is hereby rescheduled to October

3  12, 2007.

4  2.  Plaintiffs' time to file an opposition to Defendants' Motion to Dismiss shall be

5  extended to September 7, 2007.

6  3.  Defendants shall file and serve any reply to Plaintiffs' opposition by September

7  28, 2007.

8

9  DATED: July **20**, 2007          SCHUBERT & REED LLP

10

11                                   Robert C. Schubert
                                     Juden Justice Reed
                                     Willem F. Jonckheer
12                                   Miranda Kolbe
                                     Three Embarcadero Center, Suite 1650
13                                   San Francisco, California 94111
                                     Telephone: (415) 788-4220
14                                   Facsimile: (415) 788-0161

15                                   Liaison Counsel for Plaintiffs

16                                   SCHIFFRIN BARROWAY
                                     TOPAZ & KESSLER, LLP
17                                   Lee D. Rudy
                                     Nichole Browning
18                                   J. Daniel Albert
                                     280 King of Prussia Road
19                                   Radnor, Pennsylvania 19087
                                     Telephone: (610) 667-7706
20                                   Facsimile: (610) 667-7056

21                                   Lead Counsel for Plaintiffs

22  DATED: July **20**, 2007          WILSON SONSINI
                                     GOODRICH & ROSATI
23

24                                   Ignacio E. Salceda
                                     650 Page Mill Road
25                                   Palo Alto, California 94304
                                     Telephone: (650) 493-9300
26                                   Facsimile: (650) 493-6811

27                                   *Counsel for Nominal Defendant BEA Systems,*
                                     *Inc. and Defendants Thomas M. Ashburn, Carol*
28  STIPULATION  POSTPONING THE HEARING AND
    EXTENDING THE FILING DATE FOR THE
    OPPOSITION TO THE MOTION TO DISMISS                              - 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley*

STIPULATION  POSTPONING THE HEARING AND
EXTENDING THE FILING DATE FOR THE
OPPOSITION TO THE MOTION TO DISMISS

- 3 -

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/24/07

*Ronald M. Whyte*

The Hon. Ronald M. Whyte
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION POSTPONING THE HEARING AND
EXTENDING THE FILING DATE FOR THE
OPPOSITION TO THE MOTION TO DISMISS

- 4 -