SCHUBERT & REED LLP
Robert C. Schubert (S.B.N. 62684)
Juden Justice Reed (S.B.N. 153748)
Miranda P. Kolbe (S.B.N. 214392)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Liaison Counsel for Plaintiffs

*E-FILED - 9/13/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BEA SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>All Actions | Master File No. C-06-4459 (RMW)<br><br>STIPULATION AND [PROPOSED] ORDER POSTPONING THE HEARING AND EXTENDING THE FILING DATE FOR THE OPPOSITION TO THE MOTION TO DISMISS |

WHEREAS, on March 12, 2007, Plaintiffs filed an Amended Consolidated Complaint; and

WHEREAS, on April 26, 2007, Nominal Defendant BEA Systems and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley (collectively, "Defendants") filed Motions to Dismiss the Amended Consolidated Complaint; and

WHEREAS, a hearing has been scheduled for October 12, 2007 on the pending Motions to Dismiss; and

WHEREAS, the Parties have had numerous discussions related to the outcome of the BEA Audit Committee investigation, and such discussions continue; and

WHEREAS, the Parties wish to postpone further briefing and the scheduled hearing on the Motions to Dismiss in order to facilitate such further settlement discussions.

1    THEREFORE, the Parties stipulate, subject to the approval of the Court, to the following:

2    1.   The hearing scheduled for October 12, 2007 is hereby rescheduled to December 14, 2007 at 9:00 a.m.

4    2.   Plaintiffs' time to file an opposition to Defendants' Motions to Dismiss shall be extended to November 6, 2007.

6    3.   Defendants shall file and serve any reply to Plaintiffs' opposition by November 30, 2007.

I, Aaron H. Darsky hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: August 24, 2007

SCHUBERT & REED LLP

_____
Robert C. Schubert
Juden Justice Reed
Willem F. Jonckheer
Aaron H. Darsky
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Liaison Counsel for Plaintiffs

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Lee D. Rudy
Nichole Browning
J. Daniel Albert
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Plaintiffs

STIPULATION POSTPONING THE HEARING AND EXTEDNING THE FILING DATE FOR THE OPPOSITION TO THE MOTION TO DISMISS
774024.3

- 2 -

DATED: August 24, 2007

WILSON SONSINI
GOODRICH & ROSATI

/s/ Ignacio E. Salceda
Ignacio E. Salceda
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Counsel for Nominal Defendant BEA Systems, Inc. and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley*

* * *

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/13/07

*Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Court Judge

STIPULATION POSTPONING THE HEARING AND EXTEDNING THE FILING DATE FOR THE OPPOSITION TO THE MOTION TO DISMISS
774024.3

- 3 -