1  SCHUBERT & REED LLP
   Robert C. Schubert (S.B.N. 62684)
2  Juden Justice Reed (S.B.N. 153748)
   Aaron H. Darsky (S.B.N. 212229)
3  Three Embarcadero Center, Suite 1650
   San Francisco, CA 94111
4  Telephone: (415) 788-4220
   Facsimile: (415) 788-0161
5
   Liaison Counsel for Plaintiffs
6

7                                                              *E-FILED - 11/2/07*

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                 SAN JOSE DIVISION

12  _____
                                        )   Master File No. C-06-4459 (RMW)
13  In re BEA SYSTEMS, INC. DERIVATIVE  )
    LITIGATION                          )   **STIPULATION AND []**
14  _____)   **ORDER GRANTING LEAVE FOR**
                                        )   **PLAINTIFFS TO FILE A SECOND**
15                                      )   **AMENDED CONSOLIDATED**
    This Document Relates To:           )   **COMPLAINT**
16  All Actions                         )
    _____)

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION  AND [] ORDER
    GRANTING LEAVE FOR PLAINTIFFS TO FILE
    A SECOND AMENDED CONSOLIDATED COMPLAINT                              - 1 -

1  Pursuant to Federal Rule of Civil Procedure 15(a), Nominal Defendant BEA Systems,
2 Inc. ("BEA Systems") and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton,
3 Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger,
4 Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway,
5 Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr., Robert A. Shipp and
6 Deborah Stanley (collectively, "Defendants") and Representative Plaintiffs Musto Family Trust,
7 Vincent Musto, Trustee, George T. Barcheski and Catherine Molner ("Plaintiffs"), by and
8 through their respective counsel of record, hereby stipulate and agree that Plaintiffs will be
9 granted leave to file a Second Amended Consolidated Complaint.  This stipulation is based on
10 the following facts:

11  WHEREAS, this action is a shareholder's derivative action allegedly brought for the
12 benefit of nominal defendant BEA Systems against certain members of its Board of Directors
13 (the "Board") and certain of its executive officers seeking to remedy defendants' breaches of
14 fiduciary duties, unjust enrichment, statutory violations, and other violations of law;

15  WHEREAS, on March 12, 2007, Plaintiffs filed an Amended Consolidated Complaint
16 ("Amended Complaint");

17  WHEREAS, on April 26, 2007, Defendants filed Motions to Dismiss the Amended
18 Complaint ("Motions to Dismiss");

19  WHEREAS, by Order dated September 13, 2007, Plaintiffs' opposition to Defendants'
20 Motions to Dismiss is due to be filed by November 6, 2007;

21  WHEREAS, on October 12, 2007, it was publicly announced that Oracle Corporation
22 ("Oracle") had proposed to purchase BEA Systems for $17.00 per share; and

23  WHEREAS, on October 12, 2007, BEA Systems rejected Oracle's offer; and

24  WHEREAS, Plaintiffs have requested leave to file a Second Amended Consolidated
25 Complaint reflecting this proposed transaction and to include additional material information that
26 became available only after the filing of the Amended Complaint;

27

28 STIPULATION AND [] ORDER
GRANTING LEAVE FOR PLAINTIFFS TO FILE
A SECOND AMENDED CONSOLIDATED COMPLAINT                                                              - 2 -

WHEREAS, Defendants have not served a responsive pleading and do not oppose this amendment;

WHEREAS, the amendment is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, the parties stipulate, subject to the approval of the Court, that Plaintiffs shall be granted leave to file a Second Amended Consolidated Complaint, which is attached hereto as Exhibit A.

DATED: October 25, 2007                    SCHUBERT & REED LLP

                                          ___/s/ Aaron H. Darsky_____
Robert C. Schubert
Juden Justice Reed
Willem F. Jonckheer
Aaron H. Darsky
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Liaison Counsel for Plaintiffs*

I, Aaron H. Darsky, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Lee D. Rudy
Nichole Browning
J. Daniel Albert
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Plaintiffs*

STIPULATION  AND [] ORDER
GRANTING LEAVE FOR PLAINTIFFS TO FILE
A SECOND AMENDED CONSOLIDATED COMPLAINT                                                - 3 -

| | |
|---|---|
| DATED: October 25, 2007 | WILSON SONSINI<br>GOODRICH & ROSATI |
| |   /s/ Ignacio E. Salceda<br>Ignacio E. Salceda<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 |
| | *Counsel for Nominal Defendant BEA Systems, Inc. and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley* |

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/2/07

*Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Court Judge