1  IGNACIO E. SALCEDA, State Bar No. 164017
   (isalceda@wsgr.com)
2  BETTY CHANG ROWE, State Bar No. 214068
   (browe@wsgr.com)
3  LEE-ANNE MULHOLLAND, State Bar No. 243999
   (lmulholland@wsgr.com)
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100

Attorneys for Nominal Defendant
8  BEA Systems, Inc. and Defendants
   Thomas M. Ashburn, Carol A. Bartz,
9  Barbara J. Britton, Mark T. Carges, Sam
   Cece, Alfred S. Chuang, William T. Coleman,
10 Mark P. Dentinger, Matthew S. Green,
   Stewart K.P. Gross, William M. Klein,
11 Ivan M. Koon, William H. Janeway, Joseph H.
   Menard, Dean Morton, Tod Nielsen,
12 Edward W. Scott Jr., Robert A. Shipp
   and Deborah Stanley

*E-FILED - 12/20/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BEA SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    All Actions. | Master File No. C-06-4459 (RMW)<br><br>**STIPULATION AND []**<br>**ORDER REGARDING BRIEFING**<br>**SCHEDULE FOR AND SETTING**<br>**HEARING ON DEFENDANTS'**<br>**RESPONSE TO SECOND**<br>**AMENDED CONSOLIDATED**<br>**COMPLAINT** |

WHEREAS, on November 9, 2007, Plaintiffs filed a Second Amended Consolidated Shareholder Class and Derivative Complaint (the "SAC");

WHEREAS, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Defendants' response to the SAC is due within ten Court days after service thereof; and

STIP. & [] ORDER RE BRIEFING
SCHEDULE FOR & SETTING HRNG. ON DEFS'
RESPONSE TO 2ND AMENDED CONSOLIDATED
COMPLAINT; MASTER FILE NO. C-06-4459
(RMW)

3247442_1.DOC

WHEREAS, Defendants intend to file a motion to dismiss the SAC.

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by and between the undersigned that:

1. Defendants may file their motion to dismiss the SAC on or before January 25, 2008;

2. Plaintiffs shall file and serve any opposition to Defendants' motion to dismiss on or before March 10, 2008;

3. Defendants shall file and serve any reply to Plaintiffs' opposition by April 9, 2008; and

4. The hearing on Defendants' motion to dismiss shall be on April 25, 2008 at 9:00 a.m.

Dated: December 4, 2007   WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/   Ignacio E. Salceda
         Ignacio E. Salceda

Attorneys for Nominal Defendant BEA Systems, Inc. and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward S. Scott, Jr., Robert A. Shipp and Deborah Stanley

Dated: December 4, 2007   SCHIFFRIN BARROWAY, TOPAZ & KESSLER, LLP


By: /s/   Nichole Browning

Lee D. Rudy
Nichole Browning
J. Daniel Albert
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056

Lead Counsel for Plaintiffs

| | |
|---|---|
| 1 | SCHUBERT & REED LLP |
| 2 | Robert C. Schubert |
| 3 | Juden Justice Reed<br>Willem F. Jonckheer |
| 4 | Aaron H. Darsky<br>Three Embarcadero Center, Suite 1650 |
| 5 | San Francisco, California 94111<br>Telephone: 415-788-4220 |
| 6 | Facsimile: 415-788-0161 |
| 7 | Liaison Counsel for Plaintiffs |

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/20/07        _/s/ Ronald M. Whyte_____
The Hon. Ronald M. Whyte
United States District Court Judge

STIP. & [] ORDER RE BRIEFING SCHEDULE FOR & SETTING HRNG. ON DEFS' RESPONSE TO 2ND AMENDED CONSOLIDATED COMPLAINT; MASTER FILE NO. C-06-4459 (RMW)        -3-        3247442_1.DOC

1     I, Ignacio E. Salceda, am the ECF User whose identification and password are being used
2 to file the Stipulation and [Proposed] Order Regarding Briefing Schedule for and Setting Hearing
3 on Defendants' Response to Second Amended Consolidated Complaint. I hereby attest that
4 Nichole Browning has concurred in this filing.

Dated: December 4, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/    Ignacio E. Salceda
       Ignacio E. Salceda

Attorneys for Nominal Defendant BEA Systems, Inc. and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward S. Scott, Jr., Robert A. Shipp and Deborah Stanley