SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
Nichole T. Browning  (S.B.N. 251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
nbrowning@sbtklaw.com

*Counsel for Plaintiffs*

SCHUBERT & REED LLP
Robert C. Schubert (S.B.N. 62684)
Juden Justice Reed (S.B.N. 153748)
Aaron H. Darsky (S.B.N. 212229)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Liaison Counsel for Plaintiffs*

*E-FILED - 3/11/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re BEA SYSTEMS, INC. DERIVATIVE LITIGATION | Master File No. C-06-4459 (RMW) |
| This Document Relates To: All Actions | **STIPULATION AND [] ORDER POSTPONING THE HEARING AND EXTENDING THE FILING DATE FOR THE OPPOSITION TO THE MOTION TO DISMISS** |

WHEREAS, on November 9, 2007, Plaintiffs filed a Second Amended Consolidated Shareholder Class and Derivative Complaint (the "SAC");

WHEREAS, on January 28, 2008, Nominal Defendant BEA Systems and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley (collectively, "Defendants") filed their Corrected Motions to Dismiss the SAC;

1    WHEREAS, a hearing has been scheduled for April 25, 2008 at 9 a.m. on the pending Motions to Dismiss;

WHEREAS, the Parties have had numerous discussions related to the resolution of this action, as well as the Oracle merger, and such discussions continue; and

WHEREAS, the Parties wish to change the briefing and the scheduled hearing on the Motions to Dismiss in order to facilitate such further discussions.

THEREFORE, the Parties stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs' time to file an opposition to Defendants' Motions to Dismiss shall be extended to March 17, 2008.

2. The hearing scheduled for April 25, 2008 is hereby rescheduled to May 2, 2008 at 9:00 a.m.

DATED: March 6, 2007                         SCHUBERT & REED LLP

___/s/_ Aaron H. Darsky_____
Robert C. Schubert
Juden Justice Reed
Willem F. Jonckheer
Aaron H. Darsky
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Liaison Counsel for Plaintiffs

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Lee D. Rudy
Nichole Browning
J. Daniel Albert
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Plaintiffs

DATED: March 6, 2008                         WILSON SONSINI
                                             GOODRICH & ROSATI

___/s/ Ignacio E. Salceda_____
Ignacio E. Salceda

650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Counsel for Nominal Defendant BEA Systems, Inc. and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley*

**Attestation Pursuant To General Order 45**

*I, Aaron H. Darsky, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of March, 2008 at San Francisco, California.*

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/11/08

*Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Court Judge