SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
NICHOLE BROWNING (S.B.N. 251937)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: 925/ 945-0700
Facsimile: 925/ 945-8792

*Counsel for Plaintiffs*

SCHUBERT & REED LLP
Robert C. Schubert (S.B.N. 62684)
Juden Justice Reed (S.B.N. 153748)
Aaron H. Darsky (S.B.N. 212229)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Liaison Counsel for Plaintiffs*

***E-FILED - 4/10/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BEA, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C-06-4459 (RMW)<br><br>**STIPULATION AND []<br>ORDER EXTENDING THE FILING<br>DATE FOR THE OPPOSITION TO<br>THE MOTION TO DISMISS** |

     WHEREAS, on November 9, 2007, Plaintiffs filed a Second Amended Consolidated Shareholder Class and Derivative Complaint (the "SAC");

     WHEREAS, on January 28, 2008, Nominal Defendant BEA Systems and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley (collectively, "Defendants") filed their Corrected Motions to Dismiss the SAC;

1    WHEREAS, a hearing has been scheduled for May 2, 2008 at 9 a.m. on the pending Motions to Dismiss;

WHEREAS, the Parties have had numerous discussions related to the resolution of this action, as well as the Oracle merger, and such discussions continue; and

WHEREAS, plaintiffs have requested, and defendants agree with the request, three additional days to prepare and file their opposition to Defendants' Motions to Dismiss .

THEREFORE, the Parties stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs' time to file an opposition to Defendants' Motions to Dismiss shall be extended to March 20, 2008.

IT IS SO STIPULATED.

DATED: March 17, 2008            SCHUBERT & REED LLP


             /s/
            Robert C. Schubert
            Juden Justice Reed
            Willem F. Jonckheer
            Three Embarcadero Center, Suite 1650
            San Francisco, California 94111
            Telephone: (415) 788-4220
            Facsimile: (415) 788-0161

            Liaison Counsel for Plaintiffs

            SCHIFFRIN BARROWAY
            TOPAZ & KESSLER, LLP
            Nichole Browning
            2125 Oak Grove Road, Suite 120
            Walnut Creek, CA 94598
            Telephone: 925/ 945-0700
            Facsimile: 925/ 945-8792

            SCHIFFRIN BARROWAY
            TOPAZ & KESSLER, LLP
            Lee D. Rudy
            J. Daniel Albert
            280 King of Prussia Road
            Radnor, Pennsylvania 19087
            Telephone: (610) 667-7706
            Facsimile: (610) 667-7056

            Lead Counsel for Plaintiffs

| | |
|---|---|
| DATED: March 17, 2008 | WILSON SONSINI GOODRICH & ROSATI |
| | /s/ Ignacio E. Salceda |
| | Ignacio E. Salceda |
| | 650 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 493-9300 |
| | Facsimile: (650) 493-6811 |
| | *Counsel for Nominal Defendant BEA Systems, Inc. and Defendants Thomas M. Ashburn, Carol A. Bartz, Barbara J. Britton, Mark T. Carges, Sam Cece, Alfred S. Chuang, William T. Coleman, Mark P. Dentinger, Matthew S. Green, Stewart K.P. Gross, William M. Klein, Ivan M. Koon, William H. Janeway, Joseph H. Menard, Dean Morton, Tod Nielsen, Edward W. Scott, Jr., Robert A. Shipp and Deborah Stanley* |

**Attestation Pursuant To General Order 45**

I, Willem F. Jonckheer, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of March, 2008 at San Francisco, California.

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/10/08                          /s/ Ronald M. Whyte
                                        The Hon. Ronald M. Whyte
                                        United States District Court Judge